NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANGEL LUIS FERNANDEZ,                )
                                     )
            Appellant,                )
                                     )
v.                                   )        Case No.  2D18-1966
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                 )
                                     )
_____)

Opinion filed August 30, 2019.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


MORRIS, BLACK, and BADALAMENTI, JJ., Concur.